JANTZEN KNITTING MILLS, Appellant, v. A. BALMUTH, INC., Respondent.— Order granting motion to dismiss complaint for insufficiency reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within ten days from date of entry of the order herein. Because of extensive advertising, plaintiff's distinctive label is identified with and has become a part of the swimming suits that it manufactures. The removal of the label converts a well and favorably known article into an article of nondescript make. The label is plaintiff's " authentic seal." It vouches for the quality of the goods. (Yale Electric Corporation v. Robertson, 26 F. [2d] 972, quoted in Forsythe Co., Inc., v. Forsythe Shoe Corp., 234 App. Div. 355.) By advertising the sale of plaintiff's swimming suits and by removing therefrom the distinctive label before offering them for sale, defendant provided itself with an opportunity, if it were so disposed, of selling goods of another and perhaps inferior make under its representation that it was selling plaintiff's goods. It thus created the possibility not only of unfair competition against the plaintiff but of the perpetration of a fraud on the buying public. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

LYDIA LINDGREN, Appellant, v. OTTO H. KAHN, Respondent.— Judgment reversed on the law and a new trial granted, costs to abide the event. In our opinion the plaintiff established prima facie the agreement alleged in the complaint. We are further of the opinion that there is no evidence that the Claussen action was not brought by the plaintiff in good faith or that she induced the slanders complained of. The discontinuance of that action, therefore, furnished a sufficient consideration for the agreement sued upon. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs in result, being of opinion that issues of fact existed which should have been submitted to the jury.

BERTHA LONG, Respondent, v. REUBEN DORFMAN and Another, Appellants, Impleaded with JOSEPH SHORWITZ and Others, Defendants.— Order denying motion to open default and set aside judgment reversed on the law and the facts and motion granted, without costs. We are of opinion that the allegations of the answer to the effect that no sum was due plaintiff on account of the bond and mortgage at the time the action was commenced are sufficient to raise an issue upon this question. Appeal from order denying motion for a reargument dismissed. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

ANGIOLA LUONGO and CARMELO LANZILLOTTA, as Executors, etc., of MICHELE LUONGO, Deceased, Appellants, v. ANNA COHN and Another, Respondents, Impleaded with LOUIS FINFER and Others, Defendants.— Order denying motion to strike out amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.